INDUSTRIAL LESSORS, INC., v. CITY OF GARFIELD, *ET AL.*

June 30, 1972. Petition for certification denied. (See 119 *N. J. Super.* 181)

STATE OF NEW JERSEY v. LEROY THAXTON.

June 30, 1972. Petition for certification denied.

STATE OF NEW JERSEY v. JOHN WILLIAMS.

June 30, 1972. Petition for certification denied.

STATE OF NEW JERSEY v. JOSEPH MORAN.

June 30, 1972. Petition for certification denied.

STATE OF NEW JERSEY v. CHARLES PAYNE.

June 30, 1972. Petition for certification denied.

STATE OF NEW JERSEY v. GERALD SCHENK.

June 30, 1972. Petition for certification denied.